_JERRY W. BAKER_
Name and Prisoner/Booking Number

_SOLANO COUNTY JAIL_
Place of Confinement

_500 UNION AVE._
Mailing Address

_FF, CA 94533_
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**FILED**

MAY 13 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

_JERRY W. BAKER_ , )
(Full Name of Plaintiff)   Plaintiff, )
)
v. )
)
(1) _N. SYLVAN_ , )
(Full Name of Defendant) )
(2) _D. AZEVEDO_ , )
)
(3) _LT. MASHBURN_ , )
)
(4) _____ , )
Defendant(s). )
☐ Check if there are additional Defendants and attach page 1-A listing them. )

CASE NO. **2: 1 9 - CV - 8 4 3**   CKD PC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    ☐ Other: _____ .

2.  Institution/city where violation occurred: _SOLANO COUNTY JAIL_ .

**B. DEFENDANTS**

1.  Name of first Defendant: _N. SYLVAN_ . The first Defendant is employed as:
    _C/O_ at _SOLANO COUNTY JAIL_ .
    (Position and Title)                                              (Institution)

2.  Name of second Defendant: _P. AZZVEDO_ . The second Defendant is employed as:
    _CIO_ at _SOLANO COUNTY JAIL_ .
    (Position and Title)                                              (Institution)

3.  Name of third Defendant: _LT. MASHBURN_ . The third Defendant is employed as:
    _LT_ at _SOLANO COUNTY JAIL_ .
    (Position and Title)                                              (Institution)

4.  Name of fourth Defendant: _____ . The fourth Defendant is employed as:
    _____ at _____.
    (Position and Title)                                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

**C. PREVIOUS LAWSUITS**

1.  Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2.  If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a. First prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____.
       3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
       _____.

    b. Second prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____.
       3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
       _____.

    c. Third prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____.
       3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
       _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

# D. CAUSE OF ACTION

## CLAIM I

1. State the constitutional or other federal civil right that was violated: *8TH AMMENDMENT RIGHT TO BE FREE OF CRUEL & UNUSUAL PUNISHMENT.*

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   *C/O SQUAR AND C/O DREVERD ATTACKED ME FROM BEHIND WHILE I WAS ON THE PHONE AND COMPLETELY DEFENSELESS IN WAIST CHAINS AND LEG CHAINS WHICH RESULTED IN MY LEFT ORBITAL SOCKET BEING FRACTURED. LT. MASHBURN IS THE JAILS "FACILITY COMMANDER" AND RESPONSIBLE FOR THEIR ACTIONS.*

   *SEE ATTACHED INCIDENT REPORT & GRIEVANCE*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   *DEFENDANTS FRACTURED MY LEFT ORBITAL SOCKET*

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

**SOLANO COUNTY SHERIFF'S OFFICE**
**INVOLVED PARTY REPORT**

01/12/2019 18:20

| MAJOR | 19000107 | Date: 01/12/2019 11:15 |
|---|---|---|

| LOCATION | REPORTED BY | REPORT DATE | REPORT TIME |
|---|---|---|---|
| 01-JCDF LVL2 Z 2Z RECREATION | SYLVAN, N SCJ715 | 01/12/2019 | 12:31 |

| INCIDENT FLAGS |
|---|
| CRIME REPORT |

| NAME:BAKER JERRY WAYNE | | | NUM:173375 |
|---|---|---|---|
| **CURRENT HOUSING** 01-JCDF LVL2 Z B 02 | **CURRENT CLASSIFY** ADMINISTRATIVE SEPARATION | **INV PARTY TYPE** SUSPECT | **BYPASS HEARING** No |

**SHORT SYNOPSIS**
Inmate Baker refused to end his phone call after his recreation time was over and became combated.

**INCIDENT INMATE FLAGS:**
INJURY TO OFFICER,INMATE TO STAFF VIOLENCE,USE OF FORCE

| VIOLATION # 1 | 302 #02-OBEY ALL LAWFUL ORDERS |
|---|---|
| LEVEL | MAJOR |
| VIOLATION # 2 | 308 #08-REFUSAL TO LOCKDOWN |
| LEVEL | MAJOR |
| VIOLATION # 3 | 311 #11-FIGHTING PROHIBITED |
| LEVEL | MAJOR |

CHILLEMMER SC6490                    SOLANO COUNTY SHERIFF'S OFFICE                    02/16/2019 15:3

**INVOLVED PARTY REPORT**

| MAJOR | 19000107 | | Date: 01/12/2019 11:15 |
|---|---|---|---|
| LOCATION | REPORTED BY | REPORT DATE | REPORT TIME |
| 01-JCDF LVL2 Z 2Z RECREATION | SYLVAN, N SCJ715 | 01/12/2019 | 1231 |

| MAJOR | 19000107 | | Date: 01/12/2019 |
|---|---|---|---|
| REPORTING OFFICER | SUBMIT DATE/TIME | APPROVING SUPERVISOR | APPROVAL DATE/TIME |
| AZEVEDO, D SCJ26 | 01/12/2019 15:08 | ESQUIBEL, J SCJ173 | 01/12/2019 15:23 |

Supplemental report

01122018/ approximately 1115 hours I called the 2ABCD mod to have a second officer come and assist me in locking down inmate Baker bi # 173375 who is classified as a two/man, violent and assaultive. Officer Sylvan answered the phone and said he would be down shortly.

Once officer Sylvan arrived we entered 2 z-mod. Baker was on the phone. Officer Sylvan told Baker that his time was up. Baker continued to stay on the phone. I then said come on Baker your time is up. Officer Sylvan again said come on baker your time is up.

Baker continued to stay on the phone and ignored all our commands. Officer Sylvan then hung up the phone. Baker then turned and lunged into officer Sylvan. Office Sylvan then delivered 2 closed fist strikes to inmate Baker head and took Baker to the ground. I stood by inmates Bakers' legs. Officer sylvan called for the Sgt. To respond to 2z-mod and I called for med 1.

Sgt. Esquibel and several officers responded. Once med 1 arrived I assisted Baker to a seated position so he could be assessed. Baker removed the blood pressure and oxygen o2 sensor and demanded to have his eye rinsed out. Baker was cleared to go back to his cell. I the assisted baker to his cell and removed all the restraints.

Sgt. Esquibel present

Nothing further

| MAJOR | 19000107 | | Date: 01/12/2019 |
|---|---|---|---|
| REPORTING OFFICER | SUBMIT DATE/TIME | APPROVING SUPERVISOR | APPROVAL DATE/TIME |
| SYLVAN, N SCJ715 | 01/12/2019 15:08 | ESQUIBEL, J SCJ173 | 01/12/2019 15:22 |

Incident Report

Officer Sylvan, 1C227

Inmate Baker, Jerry BI#(173375)

On 01-12-2019 at approximately 1115 hours I was assigned to the downtown facility as the level 2 A-F rover. Officer Azevedo called me via telephone and requested for me to assist with removing mechanical leg and mechanical waist restraints from Inmate Baker then escort Inmate Baker back to his cell and secure the floor behind him. Due to Inmate Baker's erratic, aggressive and violent behavior he is required to be secured in mechanical leg and mechanical waist restraints during his recreation time per Lieutenant Mashburn. An Inmate wearing mechanical leg and mechanical waist restraints during recreation time is a special security precaution and is only required for inmates who present an extreme safety concern. All movement and contact with Inmate Baker will be by a minimum of at least two Officers due to safety concerns.

At approximately 1117 hours I arrived at level 2 Z-module to assist Officer Azevedo. Officer Azevedo keyed open level 2 Z-module and we entered the module. Inmate Baker was using the module phone and Officer Azevedo told Inmate Baker to end his phone call that his recreational time was over. Inmate Baker ignored Officer Azevedo and Officer Azevedo told Inmate Baker two more times to end his call, but he once again ignored Officer Azevedo. I ordered Inmate Baker to end his call and that he needed to return to his cell because his recreational time was over. Inmate Baker said, "FUCK YOU". I Immediately ended Inmate Baker phone call by pressing down the phone hook. Inmate Baker immediately head butted me using the back of his head. My nose immediately started bleeding and the blood was gushing out of my nose.

I attempted to restrain Inmate Baker by grabbing his back with my hands and I attempted to take him to the ground with a leg sweep with no success. Inmate Baker then head butted me again using the back of his head hitting my nose. I then delivered one possibly two closed fist punch using my left hand to what I believe to be the left side of his head. I did this to defend myself and gain control of the situation. My punch(s) was successful, and I was then able to use my upper body strength to take him to the ground. Inmate Baker was still secured in mechanical leg and mechanical waist restraints during his attack. Inmate Baker was not able to brace himself when he hit the floor as a result he hit the floor head first. I was able to hold Inmate Baker down using my body weight on the floor while he continued to resist by kicking his legs and attempting to turn over. My nose continued to bleed all over Inmate Baker's body and the module during the incident.

CHEMMIER SC8490     SOLANO COUNTY SHERIFF'S OFFICE     02/18/2019 13...
INVOLVED PARTY REPORT
Case 2:19-cv-00843-MCE-CKD   Document 1   Filed 05/13/19   Page 6 of 14

| MAJOR | 19000107 | | Date: 01/12/2019 11:15 |
|---|---|---|---|
| LOCATION | REPORTED BY | REPORT DATE | REPORT TIME |
| 01-JCDF LVL2 Z 2Z RECREATION | SYLVAN, N SCJ715 | 01/12/2019 | 12:31 |

called for the level 2 Sergeant to step down to the level 2 Z module via radio. Sergeant Esquibel arrived and I was relieved of duty since I was gushing blood out my nose and I needed to care for my injury.

End of Repor

| MAJOR | 19000107 | | Date: 01/12/2019 |
|---|---|---|---|
| REPORTING OFFICER | SUBMIT DATE/TIME | APPROVING SUPERVISOR | APPROVAL DATE/TIME |
| ESQUIBEL, J SCJ173 | 01/12/2019 15:19 | ESQUIBEL, J SCJ173 | 01/12/2019 15:21 |

Supplemental Report

Sgt J. Esquibel 1CS29

On 1/12/19 at approx. 1120hrs I received a call over the radio to respond to level 2 Z-mod. When I arrived, I saw Officer Azevedo standing to the side while Off Sylvan had control of inmate Baker, Jerry BI#173375 by placing his knee on inmate baker's back and having hold of his hair, inmate Baker was face down in a pr position and had waist restraints and leg irons already applied. I could also see that Officer Sylvan was bleeding from his face and it was dripping on the back of inmate Bakers t-shirt as well as a small pool of blood on the ground near inmate Baker.

instructed Officer Sylvan to go see medical for any injuries and I took control of inmate Baker. I could see that inmate baker was also bleeding from the face, so I had Officer Azevedo take control of the inmate's right side and we assisted him (Baker) to a seated position on the ground of the mod and I called for Med 1 to respond. While medical was attending to inmate Baker with several Officers standing by I went to check on Officer Sylvan. A Photo was taken of officer Sylvan's face and he then cleaned the blood from his nose. I asked if he needed medical attention he replied "no" and that the bleeding had already stopped. I asked him wh happened and Officer Sylvan stated that he and Officer Azevedo went into Z=mod to lock down inmate Baker. Inmate Baker refused to get off the phone so Offic Sylvan hung up the phone, Baker then head-butt Officer Sylvan in the nose. Officer Sylvan then attempted to take Baker to the ground and was head-butt again. Officer Sylvan then delivered a strike to Baker's face on the left side and was then able to place him (Baker) face down on the ground which is when he called me the radio. I then instructed Officer Sylvan to return to his duty station.

returned to Z-mod where medical advised that inmate Baker was cleared to return to his cell. Inmate Baker was assisted to his feet by Officers Azevedo and Barrilleaux and escorted to his cell. Once his (Baker) restraints were removed I instructed Baker to give me his t-shirt, which he did with our incident. I then called dispatch for a crime report.

At approx. 1230 medical advised me that inmate Baker needed to be transported to the hospital code 2 for his injuries per the doctor. Deputy Carter had arrived t ake the crime report, so he contacted dispatch. Inmate Baker was placed in waist and ankle restraints was taken to booking and handed over to the transportation deputy. I then returned to my office and had Officer Sylvan call the ATHENS number to report the injury.

| MAJOR | 19000107 | | Date: 01/12/2019 |
|---|---|---|---|
| REPORTING OFFICER | SUBMIT DATE/TIME | APPROVING SUPERVISOR | APPROVAL DATE/TIME |
| BARRILLEAUX, J SCJ34 | 01/12/2019 16:16 | ESQUIBEL, J SCJ173 | 01/12/2019 16:17 |

. Barrilleaux 1c 55 Level 2 EF Floor Officer

At approximately 1115 I responded when Officer Azevedo (the level 2 Rover) called for the sergeant to respond to Z mod. When I arrived, Sgt. Esquibel and Off Azevedo were standing by inmate Baker, waiting for the nurse to arrive. After the nurse had completed treating inmate Baker, I helped officer Azevedo assist the inmate to his feet and walk him back to his cell. I then stood by while inmate Baker's leg irons and waist chains were removed.

End of report.

ULBERTSON SCJ803     SOLANO COUNTY SHERIFF'S OFFICE

**INCIDENT REPORT**

| MAJOR | | 1900 155 | | Date: 02/10/2019 07:59 |
|---|---|---|---|---|

| LOCATION | REPORTED BY | REPORT DATE | REPORT TIME |
|---|---|---|---|
| I-JCDF LVL2 Z 02 | SYLVAN, N SCJ715 | 02/10/2019 | 11:23 |



| NAME:BAKER JERRY WAYNE | | | NUM:173375 |
|---|---|---|---|
| **CURRENT HOUSING** 01-JCDF LVL2 Z B 02 | **CURRENT CLASSIFY** ADMINISTRATIVE SEPARATION | **INV PARTY TYPE** SUSPECT | **BYPASS HEARING** No |

**SHORT SYNOPSIS**
Inmate Baker has peices of the nail clippers in his cell and we were unable to locate the peices.

**INCIDENT INMATE FLAGS:**
CONTRABAND,WEAPONS

| HEARING | |
|---|---|
| **Allow** Yes | **Allow By** AMMERMAN, B SCJ11 |

| SCHD HEARING DATE 2/13/2019 | **TIME** 08:00 |
|---|---|

| HEARING DATE 2/13/2019 | **TIME** 08:34 |
|---|---|

**HEARING LOCATION**
Z INTERVIEW

**HEARING OFFICER 1**
GUGLIELMINETTI, M SCJ240

**HEARING OFFICER 2**

| FINDING DATE 1/01/1900 | **TIME** 00:00 |
|---|---|

**REVIEW**

| REVIEW DATE 2/13/2019 | **TIME** 08:50 |
|---|---|

**REVIEW BY**
GUGLIELMINETTI, M SCJ240

**COMPLETE**

| COMPLETE DATE 2/13/2019 | **TIME** 08:54 |
|---|---|

**COMPLETE BY**
GUGLIELMINETTI, M SCJ240

| VIOLATION # 1 | 306 #06-GIVEN FALSE INFORMATION |
|---|---|
| LEVEL | MAJOR |
| WAIVER | I WAIVE THE 24 HOUR PRIOR NOTICE RULE REQUEST AN IMMEDIATE HEARING |
| PLEA | REFUSED |
| FINDINGS | NOT GUILTY |
| NOTE | MISSING PIECES TO THE NAIL CLIPPERS WERE NOT RECOVERED IN HIS CELL |
| VIOLATION # 2 | 302 #02-OBEY ALL LAWFUL ORDERS |
| LEVEL | MAJOR |
| WAIVER | I WAIVE THE 24 HOUR PRIOR NOTICE RULE REQUEST AN IMMEDIATE HEARING |
| PLEA | REFUSED |
| FINDINGS | NOT GUILTY |
| NOTE | MISSING PIECES FROM THE CLIPPERS NOT RECOVERED IN INMATES CELL, INMATE FOLLOWED ALL OTHER ORDERS |
| VIOLATION # 3 | 309 #09-POSSESSION OF WEAPONS |
| LEVEL | MAJOR |
| WAIVER | I WAIVE THE 24 HOUR PRIOR NOTICE RULE REQUEST AN IMMEDIATE HEARING |
| PLEA | REFUSED |
| FINDINGS | NOT GUILTY |
| NOTE | PIECES TO THE NAIL CLIPPERS WERENT RECOVERED FROM INMATES CELL. |
| VIOLATION # 4 | 303 #03-POSS.OF ISSUED ITEMS ONLY |
| LEVEL | MAJOR |
| WAIVER | I WAIVE THE 24 HOUR PRIOR NOTICE RULE REQUEST AN IMMEDIATE HEARING |
| PLEA | REFUSED |
| FINDINGS | GUILTY |
| NOTE | INMATE WAS INSIDE HIS CELL WHEN HE SLID NAIL CLIPPERS OUT UNDER HIS DOOR. INMATE WAS NOT ISSUED THAT ITEM |

UELBERTSON SCJ805
SOLANO COUNTY SHERIFF'S OFFICE
**INCIDENT REPORT**
Case 2:19-cv-00843-MCE-CKD Document 1 Filed 05/13/19 Page 8 of 14
19000355
Date: 02/10/2019 07:59

MAJOR

OCATION

I-JCDF LVL2 Z 02

| REPORTED BY | REPORT DATE | REPORT TIME |
|---|---|---|
| SYLVAN, N SCJ715 | 02/10/2019 | 11:23 |

| VIOLATION # 5 | 304 #04-DESTRUCT.OF COUNTY PROP. |
|---|---|
| LEVEL | MAJOR |
| NOTE | INMATE WAS INSIDE HIS CELL WHEN HE SLID NAIL CLIPPERS OUT UNDER HIS DOOR. INMATE WAS NOT ISSUED THAT ITEM. NAIL CLIPPERS WERE MISSING PIECES AND THEY WERE IN TACT WHEN THEY WERE ISSUED TO INMATE LEE |
| VIOLATION # 6 | 327 #27-PASS/RECV TO DISO-ISO |
| LEVEL | MAJOR |
| WAIVER | I WAIVE THE 24 HOUR PRIOR NOTICE RULE REQUEST AN IMMEDIATE HEARING |
| PLEA | REFUSED |
| FINDINGS | GUILTY |
| NOTE | INMATE WAS INSIDE HIS CELL WHEN HE SLID NAIL CLIPPERS OUT UNDER HIS DOOR. INMATE WAS NOT ISSUED THAT ITEM, ITEM WAS PASSED BY ANOTHER INMATE PREVIOUSLY OUT ON HIS UNLOCK. |

**HEARING FINDING NOTES**

Inmate given a copy of his write up and refused to sign a copy of the hearing notice. Inmate stated that he refused to participate in our shenanigans any longer.

**INMATE INTERVIEW**

Inmate interviewed at his door with officer Schlemmer standing by. Inmate told me he did not have his notes and until he had his notes he would not participate in the hearing. I reminded inmate that he refused to sign and waived his rights to 24+ plus hours to prepare for his hearing. Inmate refused to talk to me and I refused to stand by while he was given his property and reviewed his notes. Inmate is uncooperative and argumentative. Inmate found guilty based on officers report.

**HEARING RECOMENDATIONS**

10 days diso, no tv no phones no commissary no visits Start time 02/22/2019 through 03/03/2019

**REVIEW NOTES**

ALL NOTES REVIEWED

**SANCTION NOTE**

Inmate interviewed at his door with officer Schlemmer standing by. Inmate told me he did not have his notes and until he had his notes he would not participate in the hearing. I reminded inmate that he refused to sign his hearing notice thereby waiving his rights to 24+ plus hours to prepare for his hearing. Inmate refused to talk to me Inmate found guilty based on officers report.

**PRIVILEGE**

COMMISSARY - Revoke, START 02/24/2019, EXPIRE 03/05/2019

DISO - Revoke, START 02/24/2019, EXPIRE 03/05/2019, NOTE: DATE CHANGED DUE TO BREAK IN DISO TIME

VISITING - Revoke, START 02/24/2019, EXPIRE 03/05/2019

## SOLANO COUNTY SHERIFF`S OFFICE

GRIEVANCE INMATE REPORT

| GRIEVANCE TYPE | LOCATION | CREATED BY | Report Date | Report Time |
|---|---|---|---|---|
| OTHER | 01-JCDF LVL2 Z 02 | SCHLEMMER SCJ490 | 02/25/2019 | 18:36 |

### GRIEVANCE SUMMARY

Inmate grieving that according to him, it is allowed that inmates may be "attacked" by an Officer while they are in restraints.

**CURRENT HOUSING:**
**01-JCDF LVL2 Z 02 B**

**GRIEVANCE AGAINST DEPARTMENT:**
CUSTODY DIVISION

**DISPOSITION:**
UNFOUNDED

**INMATE RESPONSE:**
IN RESPONSE TO YOUR GRIEVANCE #19000497, DATED 2/25/19, WHERE YOU GRIEVED EXCESSIVE FORCE USED ON YOU, SINCE YOU WERE IN RESTRAINTS, CITING INC #19000107. I REVIEWED THE INCIDENT REPORT, AND INMATE BAKER (YOU) HAD STRUCK OFFICER SYLVAN USING YOUR HEAD, IN EFFECT ASSAULTING AN OFFICER. THIS ACTION WAS WITNESSED BY OFFICER AZEVEDO. AS A RESULT OF THE ASSAULT, THE OFFICER USED NECESSARY FORCE TO GAIN CONTROL OF THE SITUATION. IT SHOULD BE NOTED THAT AN IN HOUSE DISCIPLINARY HEARING WAS CONDUCTED AND YOU WERE FOUND GUILTY OF FIGHTING / ASSAULTING AN OFFICER. SUBSEQUENTLY, YOU WERE CHARGED WITH A FELONY ASSAULT (243.1 PC ) ASSAULT ON CUSTODIAL OFFICER. UNFOUNDED PLEASE NOTE THAT PER YOUR GRIEVANCE RESTRICTION PLAN, THIS CONSTITUTES YOUR ONE GRIEVANCE PER 7 DAY PERIOD ALLOWED. SGT. C. WHITE / 1CS24

| REVIEW DATE | TIME |
|---|---|
| 02/26/2019 | 10:06 |

**REVIEW OFFICER**
**WHITE SCJ577**

| CATEGORY | REVIEW BY: | REVIEW DATE: | TIME: |
|---|---|---|---|
| APPEAL | | | |

**APPEAL NOTE:**

INMATE APPEALING ANSWER TO HIS GRIEVENCE

**INMATE RESPONSE:**

I HAVE RECEIVED A COPY OF THE GRIEVANCE REPORT

| INMATE SIGNATURE | DATE/TIME: |
|---|---|
| OFFICER SIGNATURE   224 | DATE/TIME: 2-27-19   11'4 |

## SOLANO COUNTY SHERIFF-CORONER'S OFFICE

**Custody Division**

EXCESSIVE FORCE
JAIL POLICY

190004 97 APPEAL
7.27.19

### INMATE GRIEVANCE FORM

Facility: ~~Claybank Facility~~     ~~Fairfield Facility~~     **Stanton Facility**
(circle one)

If, while in the Solano County Jail, you have a complaint regarding custody treatment, medical treatment or another related custody problem, you may complete this form and give it to your module officer. You may submit one subject per grievance within three (3) days of the incident. It will be returned to you with an answer within seven (7) days.

Every attempt will be made to resolve your grievance at the lowest possible level; however, it may be necessary to bring your grievance to a higher level for resolution.

Grievances may be filed relating to all matters except the following: Decisions handed down by the court.

Briefly state your grievance:     Date: 7·25·19     Time: 6F73

Are you currently a California state prison inmate? ☐ yes     ☒ no

I, MR. JERRY BAKER have the following grievance.
(Inmate's name. Please print)

"UNITS NP II #190001O7, WHERE DEPUTY/CO SYLVAN USED EXCESSIVE FORCE. SYLVAN ATTACKED ME FROM BEHIND PUNCHING ME IN THIS FACE SEVERAL TIMES, PULLING MY HAIR & SLAMMING ME FACE FIRST INTO THE GROUND WHILE I WAS ALREADY COMPLETELY IN WAIST RESTRAINTS & LEG IRONS IS A JAIL POLICY - DUES"

Submitted to: 1037 T. Schleemer     Date: 2·25·19     Time: 1758 hrs.
(Signature)

### Resolution

Level 1 – Watch Supervisor: _____     Date: _____     Time: _____

Level 2 – Facility Commander: _____     Date: _____     Time: _____

SDD 008 (7/16)

WHICH IS EXCESSIVE FORCE & CRUEL & UNUSUAL
PUNISHMENT. THE BRUTAL ATTACK ON ME
RESULTED IN ME BEING IMMEDIATELY RUSHED
TO NORTH BAY EMERGENCY ROOM & IT WAS
DISCOVERED SYLVAN HAD FRACTURED MY
LEFT ORBITAL BONE & NASAL CAVITY WHICH IS
GOING TO REQUIRE ME TO HAVE SURGERY.
JAIL STAFF / SGT. WHITE & LT. MASHBURN
HAVE APPROVED OF THIS USE OF FORCE
BY FINDING ME GUILTY OF MY "WRITE UP".
NOW I JUST NEED YOU TO EXHAUST MY
ADMIN. REMEDIES SO I CAN GET PAID.

MA. ___ 2.25.19

**CLAIM II**

1.   State the constitutional or other federal civil right that was violated: _____ N/A

2.   **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☐ Other: _____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Claim II?   ☐ Yes   ☐ No
   c.   Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes   ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

**CLAIM III**

1.  State the constitutional or other federal civil right that was violated: _____.

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: I NEED $250,000.00 IN PUNITIVE DAMAGES. AND FOR THE DEFENDANTS TO PAY ALL MEDICAL BILLS RESULTING FROM MY INJURY.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5.7.19
DATE

SIGNATURE OF PLAINTIFF

N/A
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.