| | |
|---|---|
| JERRY WAYNE BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>N. SYLVAN, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0843 CKD P<br><br><br>ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff is a Solano County Jail prisoner proceeding pro se with a civil action. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has not paid the filing fee for this action. Good cause appearing, plaintiff will be granted 14 days within which to pay the filing fee. Failure to pay the filing fee within 14 days will result in a recommendation that this action be dismissed.[1]

/////
/////
/////

---

[1] Plaintiff is precluded from proceeding in forma pauperis because in a prior case, 2:13-cv-0171 GEB EFB, plaintiff was found to have "struck out" under 28 U.S.C. § 1915(g) and judgement in that case is final. Under 28 U.S.C. § 1915(g) a prisoner who has been found to have "struck out" may still be permitted to proceed in forma pauperis if the prisoner alleges in his complaint that he or she is "under imminent danger of serious physical injury." No such allegation is made in plaintiff's complaint.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted 14 days within which to pay the $400 filing fee for this action. Failure to pay the filing fee within 14 days will result in a recommendation that this action be dismissed.

Dated: May 16, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bake0843.ko