UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JERRY WAYNE BAKER, | No. 2:19-cv-0843 CKD P |
|---|---|
| Plaintiff, | |
| v. | ORDER AND |
| N. SYLVAN, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

On May 16, 2019, the court ordered plaintiff to pay the filing fee for this action within 14 days. Plaintiff was warned that failure to pay the filing fee within 14 days would result in a recommendation that this action be dismissed. Plaintiff has not paid the filing fee.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case.

IT IS HEREBY RECOMMENDED that:

1. Plaintiff's complaint be dismissed; and

2. This case be closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and

1

Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 11, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bake0843.ko

2